[No. 24472-5-III. Division Three. February 15, 2007.]

STEPHEN K. EUGSTER, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-00001-0, Linda G. Tompkins, J., entered September 1, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ. Now published at 139 Wn. App. 21.

[No. 24672-8-III. Division Three. February 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ALEXANDER CLIFTON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00026-3, Evan E. Sperline and John M. Antosz, JJ., entered November 1, 2005 and October 3, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[Nos. 55811-1-I; 56082-4-I. Division One. February 20, 2007.]

GERALD W. MUNRO, *Individually and as Trustee*, ET AL., *Respondents*, v. DAVID SWANSON ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 03-2-16889-1, Douglas D. McBroom, J., entered February 1 and March 8, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Dwyer, JJ.

[No. 56116-2-I. Division One. February 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY WILLIAM DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00842-5, Carol A. Schapira, J., entered March 28, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Cox, JJ.